**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

BRENDA L.C.,

                          Plaintiff,            24 **CIVIL** 8876 (GRJ)

-v-                                 **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 29, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 14) is GRANTED, and this matter is remanded for further administrative proceedings consistent with the Decision and Order. Final judgment is entered in favor of the Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                          **TAMMI M. HELLWIG**
                                                           _____
                                                               **Clerk of Court**

                      **BY:**          K. Mango

                                                            _____
                                                               **Deputy Clerk**